UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF<br><br>Barbara Smedley #12217 | Case No. 18-mc-80141-JD<br><br>**ORDER OF SUSPENSION** |

Because Barbara Smedley has failed to respond to the Order to Show Cause, Barbara Smedley's membership in the bar of this Court is hereby suspended.

**IT IS SO ORDERED**.

Dated: January 7, 2019

_____
JAMES DONATO
United States District Judge

1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Barbara Smedley #12217

Case No. 18-mc-80141-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 1/7/2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Barbara Smedley
5870 Stoneridge Mall Road
Ste. 210
Pleasanton, CA 94588

Dated: 1/7/2019

Susan Y. Soong
Clerk, United States District Court

By: *Lisa R. Clark*
_____
Lisa R. Clark, Deputy Clerk to the
Honorable   James Donato